| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CLIFFORD MOUNT, §
§
      Plaintiff, §
§
versus § CIVIL ACTION NO. 1:11-CV-374
§
THE KANSAS CITY SOUTHERN §
RAILWAY COMPANY, §
§
      Defendant. §

## ORDER OF DISMISSAL

In accordance with Plaintiff's Agreed Stipulation of Dismissal (#14), filed September 4, 2012, the above-styled action is dismissed in its entirety with prejudice. Each party shall bear its own costs.

THIS IS A FINAL JUDGMENT.

SIGNED at Beaumont, Texas, this 4th day of September, 2012.

*(signature)*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE